# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 25, 2005*

[Cite as *02/25/2005 Case Announcements,* 2005-Ohio-762.]

## DISCIPLINARY CASES

**2003–1195. Toledo Bar Assn. v. DiLabbio.**
This cause came on for further consideration upon the filing by James D. Caruso of a motion for leave to withdraw as counsel for respondent. Upon consideration thereof,

IT IS ORDERED by this court that the motion be, and hereby is, granted.

**2005–0032. In re Resignation of Kyte.**
On affidavit of resignation from the practice of law of Susan Janet Kyte, Attorney Registration No. 0012365, and on report filed under seal by Disciplinary Counsel.

Resignation accepted with disciplinary action pending.